# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER OF: | ) | Case No. BK06-80155 |
|---|---|---|
| | ) | |
| BELVA JEAN BROWN, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## APPLICATION FOR FINAL DECREE

COMES NOW, Belva Jean Brown, Debtor and Debtor-in-Possession in the above captioned bankruptcy case, by and through her attorneys of record, and pursuant to the Confirmation Order, submits that the estate herein is fully administered and substantially consummated as follows:

1. All claims or interest have been surrendered or released in accordance with the provisions of the Plan of Reorganization ("Plan") except as shown in Schedule "A" attached hereto.

2. Substantially all of the property of the Debtor has been transferred according to the provisions of the Plan as shown in Schedule "B" attached hereto.

3. The Debtor has assumed the business or substantially all of the property dealt with by the Plan as applicable.

4. Distribution has been commenced under the Plan, and that payments to creditors and other interested parties have been completed as shown in Schedule "C" attached hereto.

5. There are no facts necessary to enable the Court to pass on the provisions of the Final Decree presented in Schedule "D" attached hereto.

OM-253574-1

IN THE MATTER OF
BELVA JEAN BROWN
Case No. BK 06-80155
Application for Final Decree.

WHEREFORE, Debtor herein prays for the entry of the Final Decree finding the Plan is effective and that the estate has been fully administered; and therefore, an order of the Court granting:

a.  discharge of the Debtor, if applicable;

b.  any specific injunction or other equitable provisions as set forth in Schedule "D"; and

c.  the closing of the case.

BELVA JEAN BROWN,
Debtor,

By: _____
**Robert V. Ginn (No. 15061)**
**Patrick R. Turner (23461)**
Husch Blackwell Sanders, LLP
1620 Dodge Street, Suite 2100
Omaha, Nebraska 68102
Telephone No.: (402) 964-5000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK06-80155 |
| | ) | |
| BELVA JEAN BROWN, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## SCHEDULE "A"

**NONE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK06-80155 |
| | ) | |
| BELVA JEAN BROWN, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## SCHEDULE "B"

**NONE**

IN THE MATTER OF
BELVA JEAN BROWN
Case No. BK 06-80155
Application for Final Decree.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK06-80155 |
| | ) | |
| BELVA JEAN BROWN, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### SCHEDULE "C"

Information required to close case:

___% Dividend paid/to be paid under Plan

___ Check if future payments are contemplated under Plan but percentage dividend is not determinable.

**TOTAL RECEIPTS AND DISTRIBUTIONS**

1. Gross Receipts                                $0.00

**Balance of Estate Funds**                     $0.00

**ADMINISTRATIVE FEES AND EXPENSES:** 2/16/2006 – Present

2. Trustee's Compensation                       $0.00
3. Fee for Attorney for Trustee                 $0.00
4. Total other Professional Fees and all Expenses   $0.00
   a. Attorney for Debtor                       $17,441.15
   b. U.S. Trustee                              $2,750.00

**Total Costs of Administration**               $20,191.15

**DISTRIBUTIONS** – 06/11/2007 -- Present

5. Secured Creditors                            $0.00
6. Priority Creditors                           $0.00
7. Unsecured Creditors                          $0.00

**Total Distributions**                         $0.00

IN THE MATTER OF
BELVA JEAN BROWN
Case No. BK 06-80155
Application for Final Decree.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK06-80155 |
| | ) | |
| BELVA JEAN BROWN, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**SCHEDULE "D"**

**NONE**