IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER OF: | ) | Case No. BK06-80155 |
|---|---|---|
| | ) | |
| BELVA JEAN BROWN, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FILING AND
NOTICE SETTING OBJECTION/RESISTANCE DEADLINE**

TO: ALL PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that an Application for Final Decree ("Application") has been filed by the above-referenced Debtor in the Office of the Clerk of the U.S. Bankruptcy Court for the District of Nebraska, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska 68102.

Notice is further given:

1. That the last day to object to or resist the Application is August 20, 2008;

2. That if the objection/resistance period expires without the filing of any objection or resistance, the Bankruptcy Court will consider entering an Order granting the relief sought without further hearing;

4. That if an objection/resistance is properly and timely filed, the Bankruptcy Court will set the matter for a hearing in the Courtroom;

OM-270751-1

Dated this 31st day of July, 2008.

          **BELVA JEAN BROWN,**
          Debtor,

By: _____
          **Robert V. Ginn** (No. 15061)
          **Patrick R. Turner** (No. 23461)
          **Husch Blackwell Sanders LLP**
          1620 Dodge Street, Suite 2100
          Omaha, Nebraska 68102
          Tel. No. (402) 964-5000
          Fax No. (402) 964-5050