# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:               )      Case No. BK06-80155
                                )
BELVA JEAN BROWN,               )      Chapter 11
                                )
                    Debtor.     )

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the attached **Application for Final Decree** and **Notice of Filing and Notice Setting Objection/Resistance Deadline** were filed on the 31st day of July, 2008, using this Court's CM/ECF electronic filing system which sent electronic notification to the following:

- Matthew E. Eck
  meck@lpdbhlaw.com
- Patricia Fahey
  ustpregion13.om.ecf@usdoj.gov
- Jerry L. Jensen
  Jerry.L.Jensen@usdoj.gov
- David J. Koukol
  dkoukol@dwyersmith.com

- Paul J. LaPuzza
  plapuzza@lapuzzalaw.com,
  cbrace@lapuzzalaw.com
- Margaret A. McDevitt
  bqbk@bqlaw.com
- THOMAS OSTDIEK
  tostdiek@fitzlaw.com
- Clay M. Rogers
  crogers@dwyersmith.com

IT IS HEREBY FURTHER CERTIFIED that a true and correct copy of the attached was mailed by United States Mail, first class postage prepaid, to the following: Nebraska Department of Revenue

Attn: Bankruptcy Unit
PO Box 94818
Lincoln, NE 68509

Bank of America
Choice Privileges
Visa Platinum Card
PO Box 650260
Dallas, TX 75265

Citi Business Platinum Select
PO Box 6309
The Lakes, NV 68901

GMAC Payment Processing
Center
PO Box 9001951
Louisville, KY 40290

IndyMac Bank
Home Loan Servicing
155 North Lake Avenue
Pasadena, CA 91101

Marriott Rewards
Cardmember Services
PO Box 94014
Palatine, IL 60094

Mid City Bank
304 South 42nd Street
Omaha, NE 68131

National City
PO Box 856153
Louisville, KY 40285

Nebraska Furniture Mart
PO Box 2335
Omaha, NE 68103

Phillips 66
PO Box 689061
Des Moines, IA 50368

OM-270754-1

Sams Club
PO Box 530942
Atlanta, GA  30353

US Bank
Advantage Lines
PO Box 790179
St. Louis, MO  63179

US Bank
PO Box 790408
St. Loius, MO  63179

US Bank
Private Banking – West Omaha
PO Box 790179
St. Louis, MO  69179

US Bank Home Mortgage
4801 Frederica Street
Owesboro, KY  42301

US Bank Visa
PO Box 790408
St. Louis, MO  63179

Von Maur
PO Box 790298
St. Louis, MO  63179

Younkers
PO Box 10327
Jackson, MS  39289

Chase Bank USA, N.A.
c/o Weinstein & Riley, P.S.
2101 4th Avenue, Suite 900
Seattle, WA 98121

American Express Travel Related
Svcs Co., Inc., Corp Card
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA  19355

Bank of America, N.A.
PO Box 26012
NC4-105-03-14
Greensboro, NC  27420

Massachusetts Mutual Financial
Corp.
1295 State Street
Springfield, MA  01111-0001

Citibank (South Dakota), N.A.
Conoco Payment Center
4740 121st Street
Urbandale, IA  503230.``

Recovery Management Systems for
GE Money Bank
d/b/a Sam's Club
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131

UBS Financial Services, Inc.
One Valmont Plaza
3rd Floor, Suite 300
Omaha, NE  68154

Sears Mastercard
PO Box 6564
The Lakes, NV  88901

US Bank Corp
PO Box 5229
Cincinnati, OH  45201

SMC
c/o Younkers
HSBC Bank Nevada N.
PO Box 19249
Sugarland, TX  77496

US Bank National Association
200 South 6th Street
Mail Station:  EP – MN – L22F
Minneapolis, MN  55402

US Bank
PO Box 5229
Cincinnati, OH  45201

US Bank
Advantage Lines
PO Box 790179
St. Louis, MO  63179

_____
Patrick R. Turner